In The United States District Court
For The Western District of Pennsylvania

Patricia A. Scott,
　　　　Plaintiff,

VS

St Moritz Security Services Inc,
　　　　Defendant,

Civil Action No:
2:23-cv-340

FILED
FEB 28 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

(1). Patricia A. Scott resides at 1842 Washington Street #304, Phone Number 412-980-4399, Heidelberg, Pennsylvania 15106.

(2). Saint Moritz Security Services Inc, Phone Number 412-885-8654 corporate office Address: 4600 Clairton Boulevard, Pittsburgh, PA 15236.

(3). Statute 18 U.S.[371]-conspiracy and Title 18 U.S. Code 1957

2

(4). Defendants (Name) St. Moritz Security Services, Inc is under the Laws of the State of Pennsylvania and has its principal place of Business in Pittsburgh.

(5). Violations Statute 18 U.S.C 371 - conspiracy and Title 18 U.S. Code 1957, laundering of monetary instruments.

(6). Thereafter, plaintiff filed a federal violation against the defendant, St. Moritz Security Services representation workmen are associated in a conspiracy scheme in exchange for engaging in monetary transactions in property, vehicles, and others costly

items derived from specified unlawful activities.

Title 18 U.S. code 1957
Engaging in monetary transactions property derived from specified unlawful activity

(a). Whoever, in any of the circumstances set forth in subsection (d), knowingly engages or attempts to engage in monetary transaction in criminal derived property of a value greater than $10,000 and is derived from specified unlawful activity shall be punished as provided in subsection (b)

(b)

(1). Except as provided in paragraph (2) the punishment for an offense under this section in fine under title 18, United States Code, or imprisonment for not more than ten years or both, if the offense involves a pre-retail medical product (as defined) in section 670) the punishment for the offense under section 670 unless the punishment under this subsection is greater.

(2) The Court may impose an alternative fine to that imposable under paragraph (1), of not more than twice the amount of the criminally derived property involved in the transaction.

(C), in a prosecution for an offense under this section, the Government is not required to prove the defendant knew that the offense from which the criminally derived property

to in subsection (a) are—

(1), that the offense under this section takes place in the United States or in the special maritime and territorial jurisdiction of the United States, or

(2), that the offense under this section takes place outside the United States and such special jurisdiction, but the defendant is a United States person (as defined in section 3077 of this title, but excluding the class described in paragraph (2) (D) of such section,

(e), Violations of this section may be investigated by such components of the Department of Justice as the Attorney General may direct, and by such components of the depart-

ment of the Treasury may direct, as appropriate, and with respect to offenses over which the Department of Homeland Security has jurisdiction, by such components of the Department of Homeland Security as the Secretary of Homeland Security may direct and, with respect to offenses over which the United States Postal Service has jurisdication by the Postal Service, such authority of the Secretary of Treasury, the Secretary of Homeland Security, and the Postal Service shall be exercised in accordance with an agreement which shall be entered into by Secretary of the Treasury, the Secretary of Homeland Security, the Postal Service, and the Attorney,

(7). As used in this section—

(1). the term "monetary transaction" means the deposit, withdrawal, transfer, or exchange, in or affecting interstate or foreign commerce, of funds or a monetary instrument (as defined in section 1956(5). of this title) by, through, or to a financial institution (as defined in section (1956) of this title) including any transaction that would be a financial transaction necessary to preserve persons right to representation as guaranteed by the Sixth Amendment to the Constitution;

(2) the term "criminally derived property" means any property means any property constituting, or derived from, the proceeds obtained from a criminal offense.

9

# Conspiracy Scheme

A Conspiracy, also known as a plot, is a secret plan or agreement between people (called conspirers or conspirators) for an unlawful harmful purpose. Code 903. Criminal Conspiracy. A person is guilty of conspiracy with another person or persons to commit a crime if with the intent of promoting or facilitating its Comission he:

(1) agrees with such other person that they or one or more of them will engage in conduct which constitutes such crime or an attempt or solicitation to commit such crime he is guilty of Conspiracy.

10

Pray for Relief

Plaintiff Seek relief in the amount of 5.5 millions dollars for Violations Under Title 18 U.S. Code 1957 and Statute 18 U.S. Code 371.

11

## Conclusion

Accordingly, for all of the foregoing reasons, plaintiff respectfully request that this Court grant her pray for relief and such others reliefs that this Court deems appropriate in her civil case.

*Patricia A. Scott* "Prose"

By: Patricia A. Scott "Prose"
1842 Washington Street #304
Heidelberg, PA 15106
412-980-4399
Dated for February 10, 2023
Respectfully Submitted
A Jury Trial Demand